# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 AUG 28 P 3: 25

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Malik H Ahmad

v.

Case Number: 26-C-1479

(to be supplied by Clerk of Court)

(Full name of defendant(s))

City of Greenfield, Greenfield Police Dept., Officer O'Brien,

Officer Arnold, Officer Blenski, Officer Vajgrt, 3rd shift captain,

and Multiple John Doe Officers

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

2340 North 21st Street, Milwaukee, Wisconsin 53206
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant CITY OF GREENFIELD
(Name)

2.) Officer O'Brien Greenfield PD
5300 West Layton Avenue
Milwaukee, Wisconsin 53206

3.) Officer Arnold Greenfield PD
5300 West Layton Avenue
Milwaukee, Wisconsin 53206

4.) Officer Blenski Greenfield PD
5300 West Layton Avenue
Milwaukee, Wisconsin 53206

5.) SGT Vajgrt Greenfield PD
5300 West Layton Avenue
Milwaukee, Wisconsin 53206

6.) 3rd Shift Captain Greenfield PD
5300 West Layton Avenue
Milwaukee, Wisconsin 53206

7.) John Doe Officers x 4
5300 West Layton Avenue
Milwaukee, Wisconsin 53206

is (if a person or private corporation) a citizen of WISCONSIN
(State, if known)

and (if a person) resides at 7325 West Forest Home Avenue
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ______________________________
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1.) My rights were violated by the following individuals of the Greenfield Police Dept: Officer O'Brien, Officer Arnold, Officer Blenski, SGT Vajgrt, 3rd Shift Captain, and Multiple JOHN DOE 2.) Officer O'Brien violated his oath of office and infringed upon my constitutionally protected rights when he committed the following acts under the "color of law": he infringed upon my right to be free of goverment intrusion into my private life unlawfully, he violated my protected right to be free from unlawful searches and seizures when he extended a Traffic Stop after the "lawful justification for the detention had been satisfied", he violated my protected right to be free from unlawful searches and seizures when he forced me out of my vehicle on an interstate to read me a citation for improper display regardless of the fact my IL temporary drive away tag was

properly displayed per IL Law, he violated my right to be free from unlawful searches and seizures when he directed a K-9 unit to do an search of my vehicle while he read me a fabricated citation, he violated my right to be free from unlawful searches and seizures when used the fruits of an unlawful search to place me under arrest and transport me to the Greenfield PD Headquarters, he violated my protected right to due process when he confiscated my cell phones without a warrant, failed to properly inventory all property seized from my person, provide me with a receipt thereof, and inform me of the process to retrive said property per Wisconsin Law and Greenfield's Departmental Policy 801.3.2 (Safekeeping), he violated my protected right to not have my government take my personal property without just compensation, as of 8-28-2026 my I-Phone has not been returned to me, there are no criminal cases pending, and no warrant applications for my device, he violated my right to be free from crule and unusual punishment, while in his custody at the Greenfiled PD I was subjected to a version of the "Blade Technique" in which the officer that performed it concluded each search of my gential area with him cupping my penis and scrotum in his open hand. Officer's Arnold,Blenski,Vajgrt,3rd shift and mutiple JOHN DOE officers all had a constitutional duty as well as civic duty to intervene, and at the very least qestion the nature and cause of the actions taken by fellow personnel. Aforementioned individuals acted under the color of law and willingly participated in the unlawful search and seizure of myself and my property and the cruel and unusal punishment I endured while in police

custody, specifically an unidentified Officer repeatedly grabbed my genitals during multiple pat downs. Unidentified officers restrained me against a brick wall for at least an hour, 3rd Shift Captain instructed multiple Officers to remove their body cams and take me into a room and strip search me, the resulting search reinjured my head wound from work, my clothes were ripped off of my body, my penis was grabbed, and my rectum was touched by unidentified officers, while I was held down on the floor by unidentified Greenfield PD officers. I was released at the conclusion of this incident with no charges.

3-4.) This entire incident occurred August 4th, 2026. It initially occurred on I43 where my vehicle was stopped heading north toward Milwaukee around 2AM. At some point I was transported to the Greenfield PD, this is where the other civil rights violations occurred.

5.) I have no idea why these individuals perpetrated these acts against my person.

Supplement page 3 (Statement of Claim continued)

C. JURISDICTION

■ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ________________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like the court to hold these individuals accountable in their official and individual capacities, I would like the court to order them to pay compensatory damages, punitive damages,nominal damages. And for the court to insitutute declaratory releif. injunctive relief, equtiable relief in my favor. I would like the court to issue an order to pay all cost and fees associated with the filing and prosecution of this claim. I missed 4 days of work that's 960$, I had to pay for meds out of pocket 50$, I have over 4,000$ in medical Bills from this incident, I was locked out of my email for over a week due to the loss of my i-phone which in turn made me late on my bills, I lost the electrical layout to countless jobs that were stored in the local memory of my I-Phone, I endured at least 6 hours of being handcuffed behind my back. In total I want the court to impose a 10,000,000 judgement against the Defendants for loss of wages, taking of property without just compensation, pain and suffering and punative damages

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 28th day of August 2026.

Respectfully Submitted,

[signature]

Signature of Plaintiff

414-521-2006

Plaintiff's Telephone Number

414414malikahmad@gmail.com

Plaintiff's Email Address

2340 North 21st Street

Milwaukee, Wisconsin 53206

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.